IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 4:20-cr-00008 |
| ) | |
| LIANNA NICOLE PARKER ) | |

## STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. The Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408, 410 and Federal Rule of Criminal Procedure 11.

Beginning not later than September 2018, and continuing until on or about October 15, 2018, in the Western District of Virginia, Lianna Nicole PARKER joined a criminal conspiracy to distribute methamphetamine, a Schedule II controlled substance. PARKER distributed methamphetamine and joined with Darrell Murdock and others named and unnamed in the Indictment to distribute at least 50 grams but less than 200 grams of methamphetamine. In a post-*Miranda* interview on October 15, 2018, PARKER admitted that Murdock "fronted" her methamphetamine that she was to distribute to "customers" within the Western District of Virginia. On or about October 15, 2018, a search of PARKER's vehicle revealed a quantity of methamphetamine that PARKER admitted had been fronted to her by Murdock and she had planned to re-sell.

## Conclusion

The parties stipulate that the above facts are true and correct, and that had this matter gone to trial, the United States would have proven each of these facts beyond a reasonable doubt by competent and admissible evidence.

The facts described above demonstrate that from in or about September to October 2018, PARKER knowingly and voluntarily conspired with others to distribute methamphetamine, a Schedule II controlled substance.

The actions taken by PARKER above were taken willfully, knowingly, and with the specific intent to violate the law. PARKER did not take those actions by accident, mistake, or with the belief that they did not violate the law. PARKER acknowledges that the purpose of the foregoing statement of facts is to provide an independent factual basis for her guilty plea.

Respectfully submitted,

_____
Rachel Barish Swartz
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day, I stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Lianna Nicole Parker
Defendant

I am Lianna Nicole Parker's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

Date: 12/3/20

_____
Randy Cargill, Esq.
Counsel for Defendant