AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia



Received
1:18 pm, Aug 20 2021

United States Marshals Service
Western District of Virginia

United States of America
v.

Lianna Nicole Parker

*Defendant*

Case No. 0423 4:20CR00008-005

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 23 2021

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lianna Nicole Parker ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violating the terms and conditions of Pretrial Release as imposed by this court on February 19, 2020.

Date: 08/20/2021

*Robert S. Ballou*
*Issuing officer's signature*

City and state: Roanoke, Virginia

Robert S. Ballou, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/20/2021, and the person was arrested on *(date)* 8/20/2021
at *(city and state)* Lynchburg, VA.

Date: 8/23/2021

JASON BRYANT   Digitally signed by JASON BRYANT
Date: 2021.08.23 10:31:19 -04'00'
*Arresting officer's signature*

Jason Bryant, DUSM
*Printed name and title*